UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Raquel G. Contreras<br>     Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civ. No. C-08-182 |
| IVAX Pharmaceuticals, Inc., et al.<br>     Defendants | §<br>§<br>§ | |

## JUDGMENT OF REMAND

For the reasons set forth in the Court's order of remand, this case is remanded to the 229th District Court of Duval County pursuant to 28 U.S.C. § 1447(c) and (d).

This is a FINAL JUDGMENT.

So ORDERED this ___19___ day of December, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE

1